CDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETTI BEN ISSASCHAR | : | CIVIL ACTION |
| YAAKOV BEN ISSASCHAR | : | |
| | : | |
| v. | : | |
| | : | |
| ELI AMERICAN FRIENDS OF THE | : | NO. 14-5527 |
| ISRAEL ASSOCIATION FOR CHILD | : | |
| PROTECTION, INC., et al. | : | |

FILED
NOV - 5 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 5 day of November, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Etti Ben-Issaschar is DISMISSED as a party to this action and all claims brought on her behalf are DISMISSED without prejudice.

3. The complaint is DISMISSED in accordance with the Court's memorandum. Plaintiff may not file an amended complaint.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

C. DARNELL JONES, II, J.

ENTERED
NOV - 6 2014
CLERK OF COURT